AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| HEIDY LOPEZ, and other similarly situated individuals<br>*Plaintiff(s)*<br>v.<br>AUTO WAX OF SOUTH FLORIDA INC and JAVIER MALDONADO<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 9:20-cv-81892-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AUTO WAX OF SOUTH FLORIDA INC
c/o LINDSAY DUNKLEY
14100 PALMETTO FRONTAGE ROAD 201, MIAMI LAKES, FL 33016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tanesha W. Blye, Esq.
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   10/13/2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| HEIDY LOPEZ, and other similarly situated individuals<br>*Plaintiff(s)*<br>v.<br>AUTO WAX OF SOUTH FLORIDA INC and JAVIER MALDONADO<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 9:20-cv-81892-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAVIER MALDONADO
14977 KEY LIME BLVD., LOXAHATCHEE, FL 33470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tanesha W. Blye, Esq.
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/13/2020

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts