UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
Case No.: 20-cv-81892-RAR

| | |
|---|---|
| HEIDY LOPEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AUTO WAX OF SOUTH FLORIDA INC (*et al.*), | ) ) ) ) |
| Defendant(s). | ) ) ) ) |

## NOTICE OF SETTLEMENT

Plaintiff, HEIDY LOPEZ, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendants in the above referenced matter. To that end, the parties are finalizing the non-monetary terms of their resolution and anticipate filing the appropriate dismissal and/or approval documents with this Court within the next sixty (30) days.

Dated: April 12, 2021

Respectfully submitted,

**/s/Tanesha W. Blye**
**Tanesha W. Blye** (FBN:0738158)
E-mail: tblye@saenzanderson.com
**R. Martin Saenz** (FBN: 0640166)
E-mail: msaenz@saenzanderson.com
**Aron Smukler** (FBN: 0297779)
E-mail: asmukler@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Attorney for Plaintiff*